UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY SEABURG,<br><br>            Plaintiff,<br><br>    v.<br><br>RAY MABUS, Secretary of the Navy,<br><br>            Defendant. | CASE NO. C10-5043BHS<br><br>ORDER GRANTING DISMISSAL |

This matter comes before the Court on Plaintiff Larry Seaburg's ("Seaburg") motion to dismiss complaint (Dkt. 35).

On March 10, 2010, Seaburg filed a complaint against Defendant Ray Maybus, Secretary of the Navy. Dkt. 6. On January 27, 2012, Seaburg filed a motion to withdraw his complaint because the parties had reached a settlement. Dkt. 35.

A plaintiff may obtain a voluntary dismissal by court order on terms that the court considers proper. Fed. R. Civ. P. 41(a)(2). In this case, the parties have reached a settlement and the claims should be dismissed with prejudice. Therefore, the Court grants Seaburg's motion and dismisses his complaint with prejudice.

**IT IS SO ORDERED**.

DATED this 27th day of February, 2012.

                                              BENJAMIN H. SETTLE
                                              United States District Judge

ORDER